SAM HAMLIN, Respondent, v. JOSEPH MILBERG and SAUL MILBERG, Copartners, Doing Business under the Firm Name and Style of J. & S. MILBERG, Appellants, and HENRY SILVERMAN, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

JOHN W. HOUSE, Individually and as Executor, etc., of IMOGENE BARKER HOUSE, Deceased, Appellant, v. RACHEL ELLIOT BARKER, as Administratrix, etc., of WALTER G. BARKER, Deceased, and Others, Respondents, and Others, Defendants.— Orders and judgments unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

MORRIS ISER, Respondent, v. HERBERT MARK BUILDING CORP., INC., and Others, Defendants, Impleaded with MEYER HURWITZ, Appellant.— Order confirming and modifying report of official referee reversed on the law, with costs, motion denied and proceeding dismissed, without costs. After the entry of judgment of foreclosure and sale, the court was without jurisdiction to grant the relief sought. Furthermore, there could be no deficiency until title had been taken. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.